621 A.2d 995

**Shelly FRIEDMAN, Appellant,**

v.

**Christopher A. LEWIS, Secretary of the Commonwealth of Pennsylvania, and Judges of the Allegheny County Court of Common Pleas.**

Supreme Court of Pennsylvania.

Argued March 8, 1993.

Decided April 1, 1993.

David J. Millstein, Greensburg, for appellant.

Gloria A. Tischuk, Deputy Atty. Gen., for Christopher A. Lewis.

Stephen J. Zivic, Orie & Zivic, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as moot.

ZAPPALA, CAPPY and MONTEMURO, JJ., would affirm the Order of the Commonwealth Court.